**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2025
```

UNITED STATES OF AMERICA

       - against -

DAVID MATOS,

              Defendant.

25 Cr. 0197(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

WHEREAS, with the consent of defendant DAVID MATOS, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on May 5, 2025;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. The Probation Office is directed to prepare a pre-sentence investigation report. Sentencing is scheduled for August 8, 2025, at 2:00 pm.

**SO ORDERED.**

Dated:    8 May 2025
            New York, New York

_____
Victor Marrero
U.S.D.J.