USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2025

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 23, 2025

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. David Matos*, 25 Cr. 197 (VM)

Dear Judge Marrero:

  The Government respectfully writes on behalf of both parties to request that the Court adjourn sentencing in this matter, currently scheduled for August 8, 2025, to a date in mid-September. The parties understand that the final pre-sentence investigation report is not scheduled to be disclosed until August 1, 2025. To enable the parties sufficient time to review the final PSR and to consider the views and recommendations of the Probation Office in formulating their sentencing recommendations, the parties respectfully request that the Court grant the requested adjournment.

               Respectfully submitted,

               JAY CLAYTON
               United States Attorney

            By: _____
               Jerry J. Fang
               Assistant United States Attorney
               (212) 637-2584

Cc: Patrick Joyce, Esq. (by ECF)

```
Request GRANTED. The sentencing scheduled for
August 8, 2025, is hereby adjourned to September
19, 2025, at 1:00 PM.


SO ORDERED.      [signature]
                 Victor Marrero
                     U.S.D.J.

Dated: July 25, 2025
```