# PATRICK J. JOYCE, ESQ.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/8/2025_

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, New Jersey 07079
973-324-2711

September 4, 2025

Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

Re:    **United States v. David Matos**
       **25 Cr 197 (VM)**

> Request **GRANTED**. The sentencing
> scheduled for September 19, 2025,
> is hereby adjourned until September
> 26, 2025, at 3:00 PM.
>
> **SO ORDERED.** _____
>                         Victor Marrero
>                         U.S.D.J.
>
> Dated: September 8, 2025

Dear Judge Marrero:

I respectfully write to request that the court re-schedule the sentencing in the above captioned case. Presently, Mr. Matos is set to be sentenced on September 19, 2025. Due to a personal issue, I will not be available at that time. With the consent of AUSA David Matos I request that the sentence be adjourned until any time convenient with the court on September 26, 2025. In the alternative, I request that the sentence be scheduled for October 31, 2025 or October 14, 2025. This is the first request for an adjournment of the case made by the defendant. One prior joint request for an adjournment was granted by the court.

In an abundance of caution, I also consent to the exclusion of time for purpose of any Speedy Trial computation from September 19, 2025, until that date which the court selects for the next conference.

If there are any questions, do not hesitate to contact me.

Respectfully submitted,

Patrick J. Joyce